parity resulting from fact that "fast-track" programs were available for those convicted of immigration offenses in certain judicial districts, but not to defendant, did not render his sentence unreasonable); *cf. United States v. Cardosa–Rodriguez,* 241 F.3d 613, 613–614 (8th Cir.2001) (deportable aliens' ineligibility for Bureau of Prisons benefits does not provide basis for downward departure in illegal-reentry cases). We conclude nothing in the record rebuts the presumption that this sentence, within the undisputed advisory Guidelines range, is reasonable. *See United States v. Tobacco,* 428 F.3d 1148, 1151 (8th Cir. 2005).

Having carefully reviewed the record, we find no nonfrivolous issues for appeal. *See Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

---

Marvin Brown, Omaha, NE, pro se.

Peter J. Garofalo, Erik C. Booth, Douglas County Attorney's Office, Omaha, NE, for Appellees.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Nebraska inmate Marvin Brown appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record in the light most favorable to Brown and considered the parties' arguments, *see Anderson v. Larson,* 327 F.3d 762, 767 (8th Cir.2003) (de novo standard of review), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

Marvin BROWN, Appellant,

v.

MEDICAL DEPARTMENT AT DOUGLAS COUNTY CORRECTION; Douglas County, Nebraska, Appellees.

No. 05–2346.

United States Court of Appeals, Eighth Circuit.

Submitted: July 26, 2006.

Decided: Aug. 7, 2006.

---

UNITED STATES of America, Appellee,

v.

Joan Marie O'BRIEN, Appellant.

No. 05–3473.

United States Court of Appeals, Eighth Circuit.

Submitted: July 31, 2006.

Decided: Aug. 7, 2006.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.